IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE CHAVEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-CV-2013-N |
| STANDARD INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law, entered on March 10, 2020 [ECF Doc. 84], the Court issues judgment as follows:

1. Plaintiff Jose Chavez is granted judgment against Defendant Standard Insurance Company for long-term disability benefits accrued through April 2020, plus prejudgment interest using the agreed method of calculation, in the amount of $52,850.40; and

2. Plaintiff is awarded costs of court.

IT IS SO ORDERED.

Signed April 14, 2020.

                                                                            _____
                                                                            David C. Godbey
                                                                            United States District Judge

FINAL JUDGMENT – SOLO PAGE