IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE CHAVEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3:18-cv-02013-N |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S OPPOSED MOTION TO APPROVE**
**APPEAL BOND AND TO STAY EXECUTION OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 62(b), Defendant Standard Insurance Company ("Standard"), files this Opposed Motion to Approve Appeal Bond and to Stay Execution of Judgment ("Motion"), and in support respectfully states:

1. On April 14, 2020, this Court entered a Final Judgment [Dkt. 86] awarding Plaintiff damages for long-term disability benefits plus interest using the agreed upon method of calculation in the amount of $52,850.40, and his costs of court. On April 30, 2020, the Court taxed costs against Standard in the amount of $465.00. [Dkt. 91]. The Court has yet to rule on Plaintiff's Motion for Attorney's Fees. [Dkts. 88-89].

2. Pursuant to the guidance of former Local Rule 62.1, Standard tenders a bond in the amount of $63,885.88 (the "Appeal Bond"), a true and correct copy of which is attached hereto and incorporated by reference as Exhibit A. The amount of the Appeal Bond provides security for Plaintiff pending appeal well above and beyond the amount of

the Final Judgment and includes an additional 20% to cover interest and $465.00 for costs. Thus, the amount of the Appeal Bond will more than adequately preserve the status quo on appeal.

3. Therefore, Standard tenders its Appeal Bond in the total amount of $63,885.88 and respectfully request that this Court approve the Appeal Bond and stay the execution of judgment pursuant to Federal Rule of Civil Procedure 62(b).

WHEREFORE, Defendant Standard Insurance Company requests that the Court approve its Appeal Bond and stay the execution of judgment and grant it all other and further relief to which they are justly entitled.

Respectfully submitted,

By: *<u>/s/ Ryan K. McComber</u>*

Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Cameron E. Jean
Texas Bar No. 24097883
cameron.jean@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
TEL: 214-939-2000
FAX: 214-939-2090

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I certify that on May 14, 2020, the undersigned conferred with James L. Johnson, counsel for Plaintiff, who would not indicate whether he opposed the relief requested herein. Therefore, an agreement as to the complete relief requested by the Motion could not be reached.

*/s/ Cameron E. Jean*
Cameron E. Jean

## CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all others will be notified via certified mail, return receipt requested on May 14, 2020.

*/s/ Ryan K. McComber*
Ryan K. McComber

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE CHAVEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-2013-N |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**BOND**

ARCH INSURANCE COMPANY
JERSEY CITY, NJ
**BOND #SU1132691**

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, on April 14, 2020, a Final Judgment ("Judgment") was entered in the above Court in the above cause number in favor of Plaintiff Jose Chavez ("Chavez") and against Defendant Standard Insurance Company ("Standard"), which awarded Chavez long-term disability benefits in the amount of Fifty-Two Thousand Eight Hundred Fifty Dollars and Forty Cents ($52,850.40), which includes pre-judgment interest on the long-term benefits, together with his costs of court; and,

WHEREAS, Standard has filed a Notice of Appeal, and an appeal from the Judgment is now pending; and

NOW, THERFORE, we, the undersigned Standard, as Principal, and Arch Insurance Company, as Surety, acknowledge ourselves held and truly bound to pay to Chavez the sum of Sixty-Three Thousand Eight Hundred and Eighty-Five Dollars and Eighty-Eight Cents ($63,885.88), representing Chavez's Judgment amount plus interest at the rate of twenty percent (20%) per annum for a period of 12 months from the date of the Judgment and costs of court, conditioned that Arch Insurance Company, the Surety on this bond, is bound to pay all damages and costs that may be awarded against Standard up to the amount of this bond if (1) Standard does not perfect an appeal or the appeal is dismissed and Standard does not perform the Judgment; or (2) Standard does not perform an adverse judgment final on appeal.

DATED the 14th day of May, 2020.

STANDARD INSURANCE COMPANY, Principal

By: Elizabeth A. Fouts
[Typed Name] Elizabeth A. Fouts
Its: AVP & Associate Counsel

ARCH INSURANCE COMPANY, Surety

By: Nancy J. Ellis
Nancy J. Ellis, Attorney-in-Fact

CORPORATE SEAL 1971 MISSOURI

ARCH Insurance Company

ARCH Surety

# TEXAS CONSUMER NOTICE

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact your agent at the telephone number provided on the Declarations page of your policy.

You may contact William J. Misero, Surety, Arch Insurance Company, at the toll-free telephone number or address provided below:

**Arch Insurance Company**
**Attention: William J. Misero**
**3 Parkway Suite 1500**
**Philadelphia PA 19102**
**1-866-472-8845**

You may contact the Texas Department of Insurance to obtain information on companies' coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

**P.O, Box 149091**
**Austin, TX. 78714-9091**
**FAX# (512) 475-1771**

## PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of the attached document.

AIC 0000313162

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Note, Loan, Letter of Credit, Currency Rate, Interest Rate or Residential Value Guarantees.*

**POWER OF ATTORNEY**

**Know All Persons By These Presents:**

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

**Nancy J. Ellis of Dallas, TX**

its true and lawful Attorney(s)in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed: Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding Ninety Million Dollars (90,000,000.00).

This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on September 15, 2011, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"**VOTED**, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on September 15, 2011:

**VOTED**, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on September 15, 2011, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company. **In Testimony Whereof**, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this **13th day of May, 2020**

**Attested and Certified**

Arch Insurance Company Corporate Seal 1971 Missouri

**Arch Insurance Company**

Patrick K. Nails, Secretary

David M. Finkelstein, Executive Vice President

**STATE OF PENNSYLVANIA SS**
**COUNTY OF PHILADELPHIA SS**

I, **Michele Tripodi**, a Notary Public, do hereby certify that Patrick K. Nails and David M. Finkelstein personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELE TRIPODI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 31, 2021

Michele Tripodi, Notary Public
My commission expires 07/31/2021

CERTIFICATION

I, **Patrick K. Nails**, Secretary of the Arch Insurance Company, do hereby certify that the attached **Power of Attorney dated May 13, 2020** on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said David M. Finkelstein, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.

**IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this ___ **day of** _________, **20**____.

Patrick K. Nails, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

**PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:**
**Arch Insurance – Surety Division**
**3 Parkway, Suite 1500**
**Philadelphia, PA 19102**

Arch Insurance Company Corporate Seal 1971 Missouri

***To verify the authenticity of this Power of Attorney, please contact Arch Insurance Company at SuretyAuthentic@archinsurance.com***
***Please refer to the above named Attorney-in-Fact and the details of the bond to which the power is attached.***