IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELINDA MARTINEZ, widow and heir to JOSE CHAVEZ, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-CV-2013-N |
| STANDARD INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## AMENDED FINAL JUDGMENT

Pursuant to the Court's separate order of this same date, the Court amends its previously issued final judgment as follows:

1. Plaintiff Melinda Martinez, widow and heir to Jose Chavez, is granted judgment against Defendant Standard Insurance Company ("Standard") on the unsatisfied portion of the Court's earlier judgment pertaining to own-occupation benefits, totaling $291.85 as of March 31, 2022 and accruing post judgment interest at $0.08 per day;

2. Upon receipt by Martinez of the deficiency still owed on the portion of the Court's judgment pertaining to own-occupation benefits, the Court will direct the Clerk to release Standard's supersedeas bond; and

3. The Court dismisses the action for Standard to make an initial determination of applicable any-occupation benefits without prejudice to a later challenge of any such determination in this Court.

IT IS SO ORDERED.

ORDER – PAGE 1

Signed March 31, 2022.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2