IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELINDA MARTINEZ, WIDOW AND HEIR TO JOSE CHAVEZ, | § § § | |
| Plaintiff, | § § | C.A. No. 3:18-cv-02013-N |
| v. | § § | |
| STANDARD INSURANCE COMPANY, | § § | |
| Defendant. | § § | |

**NOTICE OF SATISFACTION OF AMENDED JUDGMENT
AND REQUEST FOR RELEASE OF BOND AND FOR DISMISSAL**

On September 27, 2021, the Fifth Circuit issued a Mandate and remanded the case to this Court. On March 31, 2022, the District Court entered its Amended Final Judgment ("Judgment") in the above-styled and numbered cause (the "Lawsuit").[1] In the Judgment, the Court determined that Plaintiff was entitled to additional own occupation benefits in the amount of $291.85, plus $.08/day in interest after crediting the amounts previously paid by Defendant.

The Court stated that upon receipt by Plaintiff of the deficiency owed on the portion of the Court's Judgment pertaining to own-occupation benefits, the Court will direct the clerk to release Defendant's supersedeas bond and dismiss this action without prejudice to a future challenge against Defendant's any-occupation benefit determination.[2] Attached as Exhibit A, is a true and correct copy of the hand-delivery receipt to Plaintiff's counsel of the $291.93. As such, Defendant requests that the Court release Defendant's supersedeas bond, dismiss this action without prejudice, and award Defendant such other relief to which it is entitled.

---

[1] Doc. 146.
[2] Doc. 145.

**NOTICE OF SATISFACTION OF AMENDED JUDGMENT
AND REQUEST FOR RELEASE OF BOND AND FOR DISMISSAL**                    **PAGE 1**

Dated: April 5, 2022

Respectfully submitted,

By: /s/ Ryan K. McComber
    Ryan K. McComber
    Texas Bar No. 24041428
    ryan.mccomber@figdav.com
    Kristina A. Pierre-Louis
    Texas Bar No. 24092973
    kristina.pierre-louis@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202-3776
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been sent through the Court's ECF System to James L. Johnson, The Johnson Law Firm, 10935 Estate Lane, Suite 268, Dallas, TX 75238 on April 5, 2022.

    /s/ Ryan K. McComber
    Ryan K. McComber